UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO REYES-CASTILLO,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN OF ADELANTO DETENTION FACILITY, *et al.*,<br><br>               Respondents. | Case No. 5:25-cv-03537-FLA (SP)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [DKT. 6]** |

      On December 24, 2025, Petitioner Defino Reyes-Castillo ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"). Dkt. 1. On January 2, 2026, Petitioner filed the subject Motion for Temporary Restraining Order and Immediate Release ("Motion"), requesting in the alternative that the court issue an order directing an individualized bond hearing be held for Petitioner within seven (7) days pursuant to 8 U.S.C. § 1226(a). Dkt. 4 at 1, 8; Dkt. 8 at 1–2.

      On January 16, 2026, Respondents filed a Response to the Motion, in which they state "Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025)," and that "Petitioner's claim in this

action as to his entitlement to a bond hearing appears to be subject to the *Bautista* judgment and to any applicable appellate proceedings relating to it." Dkt. 7 at 2. Respondents, thus, appear to concede this court may order them to provide Petitioner with an individualized bond hearing "consistent with what [c]ourts in this District have generally ordered in similar cases...." *Id.* "Petitioner concurs with Respondents that he appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista* ..., and that final judgment has been entered as to the Bond Eligible Class." Dkt. 8 at 1.

Accordingly, consistent with the Response to the Motion and the orders in *Maldonado Bautista*, No. 5:25-cv-01873-SSS-BFM, Dkt. 14 at 13, the court GRANTS the Motion and ENJOINS Respondents from: (1) continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration court, pursuant to 8 U.S.C. § 1226(a), within seven (7) days of the date of this Order; and (2) transferring, relocating, or removing Petitioner from the Central District of California pending the final resolution of this action, absent further order by this court. *See id.*[1] The parties shall file a joint statement within seven (7) days of Petitioner's individualized bond hearing or release from detention, identifying what issues remain in dispute, if any, and addressing why the Petition and this action should not be dismissed as moot.

IT IS SO ORDERED.

Dated: January 21, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] The court finds this matter appropriate for resolution without oral argument and VACATES the January 30, 2026 hearing on the Motion. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.